## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

Richard Turner, President
*Original Equipment Replacement Parts*
3700 Fiscal Court
River Beach, FL 33404-1723

Richard Turner, Registered Agent
*Original Equipment Replacement Parts*
4624 Holly Drive
Palm Beach Gardens, FL 33410

_____
Mary E. Augustine (No. 4477)

612627v5